| HCDistrictclerk.com | RIPPY OIL COMPANY vs. ACE AMERICAN INSURANCE COMPANY | | | 1/27/2022 |
|---|---|---|---|---|
| | Cause: 202183799 | CDI: 7 | Court: 133 | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 100029784 | Domestic Return Receipt | | 01/21/2022 | 2 |
| 100029793 | Domestic Return Receipt | | 01/21/2022 | 2 |
| 99739054 | Certified Mail Receipt | | 01/04/2022 | 1 |
| 99739056 | Certified Mail Receipt | | 01/04/2022 | 1 |
| 99739058 | Certified Mail Receipt | | 01/04/2022 | 1 |
| 99690711 | Certified Mail Tracking # 7019 2970 0001 3562 1508 | | 01/03/2022 | 2 |
| 99690712 | Certified Mail Tracking # 7019 2970 0001 3562 1522 | | 01/03/2022 | 2 |
| 99690713 | Certified Mail Tracking # 7019 2970 0001 3562 1515 | | 01/03/2022 | 2 |
| 99615105 | Plaintiff Original Petition | | 12/29/2021 | 23 |
| ·> 99615107 | Exhibit A | | 12/29/2021 | 18 |
| ·> 99615108 | Exhibit B | | 12/29/2021 | 5 |
| ·> 99615111 | Exhibit C | | 12/29/2021 | 4 |
| ·> 99615113 | Exhibit D | | 12/29/2021 | 20 |
| ·> 99615114 | Exhibit E | | 12/29/2021 | 19 |
| ·> 99615115 | Exhibit F | | 12/29/2021 | 109 |
| ·> 99615116 | Exhibit G | | 12/29/2021 | 91 |
| ·> 99615112 | Request for Issuance of Service | | 12/29/2021 | 2 |
| ·> 99615110 | Request for Issuance of Service | | 12/29/2021 | 1 |
| ·> 99615106 | Request for Issuance of Service | | 12/29/2021 | 1 |



EXHIBIT B