## TEXAS SECRETARY of STATE
## JOHN B. SCOTT

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800913586 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | December 20, 2007 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32034358682 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Rippy Interests, LLC |
| **Address:** | 121 S BROADWAY AVE STE 404 |
| | TYLER, TX 75702 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| May 31, 2017 | CHARLES G RIPPY | MANAGER | 121 S BROADWAY AVE 404 TYLER, TX 75702 USA |
| May 31, 2017 | JAMES R RIPPY | MANAGER | 121 S BROADWAY AVE 404 TYLER, TX 75702 USA |
| May 31, 2017 | LEWIS B RIPPY | MANAGER | 121 S BROADWAY AVE 404 TYLER, TX 75702 USA |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.



**EXHIBIT C**