# Corporations Division

## Business Entity Summary

**ID Number: 222174788**   [Request certificate]   [New search]

**Summary for:** RISK SPECIALISTS COMPANIES INSURANCE AGENCY, INC.

| |
|---|
| **The exact name of the Domestic Profit Corporation:** RISK SPECIALISTS COMPANIES INSURANCE AGENCY, INC. |
| **The name was changed from:** NEW ENGLAND RISK SPECIALISTS, INC. **on** 07-05-2007 |
| **Merged with** A.I. RISK SPECIALISTS OF MISSOURI, INC. (MO) (Note: Entity is not registered in Massachusetts) **on** 08-01-2009<br>**Merged with** EASTERN RISK SPECIALISTS, INC. (PA (Note: Entity is not registered in Massachusetts) **on** 08-01-2009<br>**Merged with** FLORIDA RISK SPECIALISTS, INC. (FL) (Note: Entity is not registered in Massachusetts) **on** 08-01-2009<br>**Merged with** LOUISIANA RISK SPECIALISTS, INC. (LA) (Note: Entity is not registered in Massachusetts) **on** 08-01-2009<br>**Merged with** MICHIGAN RISK SPECIALISTS, INC. (MI) (Note: Entity is not registered in Massachusetts) **on** 08-01-2009<br>**Merged with** MIDWESTERN RISK SPECIALISTS, INC. (IL) (Note: Entity is not registered in Massachusetts) **on** 08-01-2009<br>**Merged with** NEVADA RISK SPECIALISTS, INC. (NV) (Note: Entity is not registered in Massachusetts) **on** 08-01-2009<br>**Merged with** NORTHWESTERN RISK SPECIALISTS, INC. (WA) (Note: Entity is not registered in Massachusetts) **on** 08-01-2009<br>**Merged with** RISK SPECIALISTS COMPANY OF THE CAROLINAS, INC. (NC) (Note: Entity is not registered in Massachusetts) **on** 08-01-2009<br>**Merged with** RISK SPECIALISTS COMPANY OF COLORADO, INC. (CO) (Note: Entity is not registered in Massachusetts) **on** 08-01-2009<br>**Merged with** RISK SPECIALISTS COMPANY OF MINNESOTA, INC. (MN (Note: Entity is not registered in Massachusetts) **on** 08-01-2009<br>**Merged with** RISK SPECIALISTS COMPANY OF NEW YORK, INC. (NY) (Note: Entity is not registered in Massachusetts) **on** 08-01-2009<br>**Merged with** RISK SPECIALISTS COMPANY OF OHIO, INC. (OH) (Note: Entity is not registered in Massachusetts) **on** 08-01-2009<br>**Merged with** SOUTHEASTERN RISK SPECIALISTS, INC. (GA) (Note: Entity is not registered in Massachusetts) **on** 08-01-2009<br>**Merged with** SOUTHERN RISK SPECIALISTS, INC. (TX) (Note: Entity is not registered in Massachusetts) **on** 08-01-2009<br>**Merged with** WESTERN RISK SPECIALISTS, INC. (AZ) (Note: Entity is not registered in Massachusetts) **on** 08-01-2009<br>**Merged with** A.I. RISK SPECIALISTS INSURANCE, INC. **on** 08-01-2010<br>**Merged with** RISK SPECIALISTS COMPANIES,INC. **on** 07-01-2015<br>**Merged with** AIG PROPERTY CASUALTY INSURANCE AGENCY, INC. **on** 07-01-2015<br>**Merged with** RISK SPECIALSTS COMPANY OF KENTUCKY, INC (Note: Entity is not registered in Massachusetts) **on** 07-01-2015<br>**Merged with** AGENCY MANAGEMENT CORPORATION (Note: Entity is not registered in Massachusetts) **on** 12-31-2015<br>**Merged with** THE GULF AGENCY, INC. (Note: Entity is not registered in Massachusetts) **on** 12-31-2015<br>**Merged with** MEDICAL EXCESS LLC **on** 01-13-2016<br>**Merged with** MEDICAL EXCESS INSURANCE SERVICES, INC. (Note: Entity is not registered in Massachusetts) **on** 01-13-2016 |
| **Entity type:** Domestic Profit Corporation |
| **Identification Number:** 222174788    **Old ID Number:** 000075596 |

EXHIBIT D

| | | | |
|---|---|---|---|
| **Date of Organization in Massachusetts:** 09-28-1977 | | **Date of Revival:** 4/7/1995 12:00:00 AM | |
| **Date of Involuntary Dissolution:** 12-31-1990 | | **Last date certain:** | |
| **Current Fiscal Month/Day:** 12/31 | | **Previous Fiscal Month/Day:** 00/00 | |

**The location of the Principal Office:**

Address: 99 HIGH STREET

City or town, State, Zip code, Country:     BOSTON, MA 02110 USA

**The name and address of the Registered Agent:**

Name:     PRENTICE-HALL CORPORATION SYSTEM, INC., THE

Address:  84 STATE ST.,

City or town, State, Zip code, Country:     BOSTON, MA 02110 USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | SALVATORE BRANCA | 100 CONNELL DRIVE BERKELEY HEIGHTS, NJ 07922 USA |
| TREASURER | JUSTIN CAULFIELD | 175 WATER STREET, 29TH FLOOR NEW YORK, NY 10038 USA |
| SECRETARY | TANYA KENT | 175 WATER STREET, 15TH FLOOR NEW YORK, NY 10038 USA |
| DIRECTOR | JOHN ARTESANI | 175 WATER STREET, 15TH FLOOR NEW YORK, NY 10038 USA |
| DIRECTOR | NADINE SILVA | 99 HIGH STREET, 27TH FLOOR BOSTON, MA 02110 USA |
| DIRECTOR | ANTHONY GOODALL | 99 HIGH ST BOSTON, MA 02110 USA |

**Business entity stock is publicly traded:**  ☐

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
|---|---|---|---|---|
| | | No. of shares | Total par value | No. of shares |
| CWP | $ 1.00 | 1,000 | $ 1000.00 | 1,000 |

| ☐ Consent | ☐ Confidential Data | ☐ Merger Allowed | ☐ Manufacturing |
|---|---|---|---|

**Note:** Additional information that is not available on this system is located in the Card File.

**View filings for this business entity:**

```
ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment
Articles of Charter Surrender
```

**View filings**

**Comments or notes associated with this business entity:**

**New search**