TDI Reports Application
Surplus lines    Report run: 01/11/2022 12:39:04

| TYPE CODE | TDI No | COMPANY NAME | ELIGIBILITY DATE | DOMICILE CITY | DOMICILE STATE/COUNTRY | MAILING ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|
| 80 | 10899948 | ACCEPTANCE INDEMNITY INSURANCE COMPANY | 01/25/2002 | OMAHA | OMAHA,NE | 4200 SIX FORKS RD STE 1400 | RALEIGH | NC | 276092683 |
| 80 | 101179 | ADMIRAL INSURANCE COMPANY | 01/01/1986 | WILMINGTON | WILMINGTON,DE | 7233 E BUTHERUS DR | SCOTTSDALE | AZ | 852602410 |
| 80 | 101003 | ADRIATIC INSURANCE COMPANY | 01/01/1982 | BISMARCK | BISMARCK,ND | 3501 NORTH CAUSEWAY BLVD SUITE 1000 | METAIRIE | LA | 700023675 |
|  | 13764662 | AGENT ALLIANCE INSURANCE COMPANY | 01/01/2013 | MOBILE | MOBILE,AL | PO BOX 3199 | WINSTON SALEM | NC | 271023199 |
| 80 | 11346204 | AGSECURITY INSURANCE COMPANY | 03/01/2003 | OKLAHOMA CITY | OKLAHOMA CITY,OK | 2501 NORTH STILES AVENUE | OKLAHOMA CITY | OK | 73105 |
| 80 | 101265 | AIG SPECIALTY INSURANCE COMPANY | 06/01/1990 | CHICAGO | CHICAGO,IL | 1271 AVENUE OF THE AMERICAS FL 37 | NEW YORK | NY | 100201303 |
| 80 | 12395295 | AIX SPECIALTY INSURANCE COMPANY | 05/01/2007 | WILMINGTON | WILMINGTON,DE | 440 LINCOLN ST | WORCESTER | MA | 016530002 |
| 90 | 102145 | ALLIANZ GLOBAL CORPORATE & SPECIALTY SE | 10/01/2003 | HAMBURG | HAMBURG/GE | C/O LOCKE LORD LLP225 W WASHINGTON ST STE 1800 | CHICAGO | IL | 606063458 |
| 80 | 101007 | ALLIANZ UNDERWRITERS INSURANCE COMPANY | 01/01/1981 | CHICAGO | CHICAGO,IL | 225 W WASHINGTON ST STE 1800 | CHICAGO | IL | 606063458 |
| 80 | 3016960 | ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. | 06/01/1993 | WILMINGTON | WILMINGTON,DE | 199 WATER ST FL 29 | NEW YORK | NY | 100383532 |
| 80 | 7170971 | ALLIED WORLD SURPLUS LINES INSURANCE COMPANY | 02/01/1994 | LITTLE ROCK | LITTLE ROCK,AR | 1690 NEW BRITAIN AVENUE SUITE 101 | FARMINGTON | CT | 06032 |
|  | 13764777 | ALLY INTERNATIONAL INSURANCE COMPANY LTD. | 10/01/2013 | HAMILTON | HAMILTON/BE | 500 WOODWARD AVE FL 14 | DETROIT | MI | 482263423 |
| 80 | 101017 | AMERICAN SOUTHERN INSURANCE COMPANY | 05/01/1996 | TOPEKA | TOPEKA,KS | P O BOX 723030 | ATLANTA | GA | 311390030 |
| 80 | 12677820 | AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION & INDEMNITY ASSOCIATION, INC. | 06/01/2008 | NEW YORK CITY | NEW YORK CITY,NY | 1 BATTERY PARK PLAZA 31ST FLOOR | NEW YORK CITY | NY | 10004 |
| 80 | 101019 | AMERICAN WESTERN HOME INSURANCE COMPANY | 01/01/1992 | OKLAHOMA CITY | OKLAHOMA CITY,OK | P O BOX 5323 | CINCINNATI | OH | 452015323 |
| 80 | 11628888 | ANPAC LOUISIANA INSURANCE COMPANY | 04/01/2013 | BATON ROUGE | BATON ROUGE,LA | AMERICAN NATIONAL CORPORATE CENTRE1949 EAST SUNSHINE | SPRINGFIELD | MO | 658990001 |
| 80 | 101021 | APPALACHIAN INSURANCE COMPANY | 01/01/1981 | JOHNSTON | JOHNSTON,RI | P O BOX 7500 | JOHNSTON | RI | 029190500 |
| 90 | 12220460 | ARCH INSURANCE (UK) LIMITED | 09/01/2006 | LONDON ENGLAND | LONDON ENGLAND/UK | C/O LOCKE LORD LLP200 VESEY ST FL 20 | NEW YORK | NY | 102812199 |
| 90 | 93994 | ASPEN INSURANCE UK LIMITED | 01/01/2004 | LONDON ENGLAND | LONDON ENGLAND/UK | C/O LOCKE LORD LLP200 VESEY ST FL 20 | NEW YORK | NY | 102812199 |
| 80 | 101187 | ASPEN SPECIALTY INSURANCE COMPANY | 06/15/1997 | BISMARCK | BISMARCK,ND | 400 CAPITAL BLVD STE 200 | ROCKY HILL | CT | 060673914 |
| 90 | 102007 | ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED (AEGIS) | 11/01/1988 | HAMILTON BERMUDA | HAMILTON BERMUDA/BE | C/O MCDERMOTT WILL340 MADISON AVE FL 17 | NEW YORK | NY | 101731922 |
| 80 | 13742701 | ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC. | 10/01/2011 | BOCA RATON | BOCA RATON,FL | 59 MAIDEN LANE, 42nd FLOOR | NEW YORK | NY | 10038 |



EXHIBIT G