**Surplus LInes Producers - Texas**

| License # | First Name | Middle Name | Last Name | Name | Phone | Email | Street | City | ST | ZipCode | Producer Type | AuthorityGroup | License Date | License Authority Expiration Date | Authority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **451362** | | | | **Risk Specialists Companies Ins Agency Inc** | **2127707000** | **surpluslines.helpdesk@aig.com** | **99 High Street** | **Boston** | **MA** | **2110** | **Producer Agency** | **Property and Casualty** | **12/20/2007** | **3/31/2022** | **Surplus Lines** |
| 451963 | Laura | | Laurenzi | Laura Laurenzi | 2036664322 | llaurenzi@tsibinc.com | 250 Pehle Ave Ste 311 | Saddle Brook | NJ | 76635832 | Producer | Property and Casualty | 9/21/2017 | 8/31/2023 | Surplus Lines |
| 453687 | Eric | Jonathan | Massi | Eric Jonathan Massi | 2136076363 | Eric.Massi@WillisTowersWatson.com | 300 S Grand Ave | Los Angeles | CA | 900713109 | Producer | Property and Casualty | 1/15/2015 | 11/30/2023 | Surplus Lines |
| 454941 | | | | Allen Financial Ins. Group Inc. | 6029921570 | brent.allen@eqgroup.com | Allen Financial Insurance Group 13880 N. Northsight Blvd  Ste C109 | Scottsdale | AZ | 85260 | Producer Agency | Property and Casualty | 11/3/2011 | 3/31/2023 | Surplus Lines |
| 456524 | | | | Evergreen General Agency Inc | 7139880646 | myang@ega-ins.com | 1240 Blalock Rd Ste 250 | Houston | TX | 77055 | Producer Agency | Property and Casualty | 2/19/2008 | 3/31/2022 | Surplus Lines |
| 457712 | Michael | Gordon | Skinner | Michael Gordon Skinner | 3104785041 | GGALLUP@MGSKINNER.COM | 11030 Santa Monica Blvd  207 | Los Angeles | CA | 90025 | Producer | Property and Casualty | 7/9/2015 | 8/31/2022 | Surplus Lines |


EXHIBIT H