| naic_id | comp_name | status type | status | classification | dom state | agent | agent_address | agent_city | agent_state | agent zip | address1 | address2 | city | state | zip | bphone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16890 | Accelerant Specialty Insurance Company | Active | A | Surplus Lines | | | | | | | 400 Northridge Road, Suite 800 | | Sandy Springs | GA | 30350 | |
| 20010 | Acceptance Indemnity Insurance Company | Active | A | Surplus Lines | NE | Louisiana Secretary of State | 8585 Archives Ave. | Baton Rouge | LA | 70809 | 4200 Six Forks Road, Suite 1400 | | Raleigh | NC | 27609 | 9198331600 |
| 16835 | Accredited Specialty Insurance Company | Active | A | Surplus Lines | AZ | Louisiana Secretary of State | 8585 Archives Ave. | Baton Rouge | LA | 70809 | 4798 New Broad Street, Suite 200 | | Orlando | FL | 32814 | 4076292131 |
| 24856 | ADMIRAL INSURANCE COMPANY | Active | A | Surplus Lines | DE | LOUISIANA SECRETARY OF STATE | 8585 Archives Ave. | BATON ROUGE | LA | 70809 | 7233 East Butherus Drive | | Scottsdale | AZ | 852602410 | 8564299200 |
| 39381 | ADRIATIC INSURANCE COMPANY | Active | A | Surplus Lines | ND | LOUISIANA SECRETARY OF STATE | 8585 Archives Ave. | BATON ROUGE | LA | 70809 | 3501 N. Causeway Blvd., Suite 1000 | | Metairie | LA | 700023675 | 5048388100 |
| 10389 | Agent Alliance Insurance Company | Active | A | Surplus Lines | AL | Louisiana Secretary of State | | | | | 5630 University Parkway | | Winston-Salem | NC | 27105 | |
| 10389 | Agent Alliance Insurance Company | Active | A | Surplus Lines | AL | Louisiana Secretary of State | 8585 Archives Ave. | Baton Rouge | LA | 70809 | 5630 University Parkway | | Winston-Salem | NC | 27105 | |
| 26883 | AIG Specialty Insurance Company | Active | A | Surplus Lines | IL | LOUISIANA SECRETARY OF STATE | 8585 Archives Ave. | BATON ROUGE | LA | 70809 | 500 West Madison Street, Suite 3000 | | Chicago | IL | 60661 | 2127707000 |
| 12833 | AIX Specialty Insurance Company | Active | A | Surplus Lines | DE | Louisiana Secretary of State | 8585 Archives Ave. | Baton Rouge | LA | 70809 | 440 Lincoln Street | | Worcester | MA | 016530002 | 7168563722 |
| 12833 | AIX Specialty Insurance Company | Active | A | Surplus Lines | DE | The Corporation Trust Company | 1209 Orange Street | Wilmington | DE | 19801 | 440 Lincoln Street | | Worcester | MA | 016530002 | 7168563722 |
| AA-1344102 | Allianz Global Corporate & Specialty SE | Active | A | Surplus Lines | | Louisiana Secretary of State | 8585 Archives Ave. | Baton Rouge | LA | 70809 | 225 W. Washington Street, Suite 1800 | | Chicago | IL | 60606 | |
| 36420 | ALLIANZ UNDERWRITERS INSURANCE COMPANY | Active | A | Surplus Lines | IL | LOUISIANA SECRETARY OF STATE | 8585 Archives Ave. | BATON ROUGE | LA | 70809 | 225 W. Washington Street, Suite 1800 | | Chicago | IL | 606063484 | 3122243300 |
| 19489 | ALLIED WORLD ASSURANCE COMPANY (US) INC. | Active | A | Fire And Casualty | DE | LOUISIANA SECRETARY OF STATE | 8585 Archives Ave. | BATON ROUGE | LA | 70809 | 199 Water Street | | New York | NY | 10038 | 8572886000 |
| 19489 | ALLIED WORLD ASSURANCE COMPANY (US) INC. | Active | A | Surplus Lines | DE | LOUISIANA SECRETARY OF STATE | 8585 Archives Ave. | BATON ROUGE | LA | 70809 | 199 Water Street | | New York | NY | 10038 | 8572886000 |
| 24319 | Allied World Surplus Lines Insurance Company | Active | A | Surplus Lines | AR | Louisiana Secretary of State | 8585 Archives Ave. | Baton Rouge | LA | 70809 | 199 Water Street | | New York | NY | 10038 | 8602841300 |
| AA-3191229 | Ally International Insurance Company Ltd. | Active | A | Surplus Lines | | Louisiana Secretary of State | | | | | 500 Woodard Ave., 14th Floor | | Detroit | MI | 48226 | 8007294622 |
| 35351 | AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY | Active | A | Surplus Lines | DE | LOUISIANA SECRETARY OF STATE | 8585 Archives Ave. | BATON ROUGE | LA | 70809 | 301 E. Fourth Street | | Cincinnati | OH | 45202 | 5133693000 |
| 43117 | AMERICAN EQUITY INSURANCE COMPANY | Active | A | Surplus Lines | AZ | LOUISIANA SECRETARY OF STATE | 8585 Archives Ave. | BATON ROUGE | LA | 70809 | One Tower Square | | Hartford | CT | 06183 | 6513104100 |
| 10245 | American Federation Insurance Company | Active | A | Surplus Lines | TX | Louisiana Secretary of State | 8585 Archives Ave. | Baton Rouge | LA | 70809 | 6301 Owensmouth Ave | | Woodland Hills | CA | 91367 | 3022522000 |
| AA-1120187 | American International Group UK Limited | Active | A | Surplus Lines | | Louisiana Secretary of State | 8585 Archives Ave. | Baton Rouge | LA | 70809 | 80 Pine Street, 13th Floor | | New York | NY | 10005 | 2124582411 |
| 38652 | American Modern Select Insurance Company | Active | A | Surplus Lines | OH | Louisiana Secretary of State | 8585 Archives Ave. | BATON ROUGE | LA | 70809 | 7000 Midland Blvd. | | Amelia | OH | 451022607 | 8005432644 |
| 10043 | American National Lloyds Insurance Company (ANLIC) | Active | A | Surplus Lines | MO | Louisiana Secretary of State | | | | | One Moody Plaza | | Galveston | TX | 77550 | 8003332860 |
| 10235 | AMERICAN SOUTHERN INSURANCE COMPANY | Active | A | Surplus Lines | KS | LOUISIANA SECRETARY OF STATE | 8585 Archives Ave. | BATON ROUGE | LA | 70809 | 3715 Northside Parkway | | Atlanta | GA | 303272806 | 4042669599 |
| 19623 | AMERICAN SUMMIT INSURANCE COMPANY | Active | A | Surplus Lines | TX | LOUISIANA SECRETARY OF STATE | 8585 Archives Ave. | BATON ROUGE | LA | 70809 | 325 N. St. Paul St. #900 | | Dallas | TX | 752013801 | 2543990626 |
| AA-1780074 | AmTrust International Underwriters Limited | Active | A | Surplus Lines | | Louisiana Secretary of State | 8585 Archives Avenue | Baton Rouge | LA | 70809 | 5800 Lombardo Center | | Cleveland | OH | 44131 | 2163286224 |
| 10316 | APPALACHIAN INSURANCE COMPANY | Active | A | Surplus Lines | RI | LOUISIANA SECRETARY OF STATE | 8585 Archives Ave. | BATON ROUGE | LA | 70809 | 270 Central Avenue | | Johnston | RI | 029194949 | 4012753000 |

