Surplus LInes Producers - Louisiana

| License # | First Name | Middle Name | Last Name | Name | Phone | Email | Street | City | ST | ZIP Code | Producer Type | Authority Group | License Date | License Authority Expiration Date | Authority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 451362 | | | | Risk Specialists Companies Ins Agency Inc | 2127707000 | surpluslines.helpdesk@aig.com | 99 High Street | Boston | MA | 2110 | Producer Agency | Property and Casualty | 12/20/2007 | 3/31/2022 | Surplus Lines |
| 451963 | Laura | | Laurenzi | Laura Laurenzi | 2036664322 | llaurenzi@tsibinc.com | 250 Pehle Ave Ste 311 | Saddle Brook | NJ | 76635832 | Producer | Property and Casualty | 9/21/2017 | 8/31/2023 | Surplus Lines |
| 453687 | Eric | Jonathan | Massi | Eric Jonathan Massi | 2136076363 | Eric.Massi@WillisTowersWatson.com | 300 S Grand Ave | Los Angeles | CA | 900713109 | Producer | Property and Casualty | 1/15/2015 | 11/30/2023 | Surplus Lines |
| 454941 | | | | Allen Financial Ins. Group Inc. | 6029921570 | brent.allen@eqgroup.com | Allen Financial Insurance Group 13880 N. Northsight Blvd Ste C109 | Scottsdale | AZ | 85260 | Producer Ag | Property and Casualty | 11/3/2011 | 3/31/2023 | Surplus Lines |
| 456524 | | | | Evergreen General Agency Inc | 7139880646 | myang@ega-ins.com | 1240 Blalock Rd Ste 250 | Houston | TX | 77055 | Producer Ag | Property and Casualty | 2/19/2008 | 3/31/2022 | Surplus Lines |
| 457712 | Michael | Gordon | Skinner | Michael Gordon Skinner | 3104785041 | GGALLUP@MGSKINNER.COM | 11030 Santa Monica Blvd 207 | Los Angeles | CA | 90025 | Producer | Property and Casualty | 7/9/2015 | 8/31/2022 | Surplus Lines |



EXHIBIT J