

# PDB Report

| | | | |
|---|---|---|---|
| **Name:** | KNOX INSURANCE GROUP LLC | | |

| | | | **Last Updated** |
|---|---|---|---|
| **FEIN:** | 721489506 | **Demographics:** | 07/08/2017 |
| **NPN:** | 4769212 | **Producer Licensing:** | 08/09/2018 |
| **Report Type:** | All Current Information | **Appointments:** | 03/12/2018 |
| **Report Date:** | 01/20/2022 | **RIRS:** | No Information Available |

**Active Resident States:**   No licenses found

**Resident Licensed States:**   LA

**Non-Resident Licensed States:**   CA   TX

## Resident Licensed State(s)

**Summary For State:**   LA   **NPN:**   4769212   **Date:**   01/20/2022

### KNOX INSURANCE GROUP LLC

**Demographics**   **NPN:**   4769212   **Date:**   01/20/2022

**State:** LA

**State Co Id:** P8976

**Name:** KNOX INSURANCE GROUP LLC



EXHIBIT K

| Date Updated | Business Addresses: |
|---|---|
| 07/08/2017 | 2014 W PINHOOK ROAD SUITE 610   LAFAYETTE, LA U.S.A. 70508 |

| Date Updated | Business Email: |
|---|---|
| 04/08/2016 | jprather@knoxinsurance.com |

| Date Updated | Business Phone: |
|---|---|
| 04/08/2016 | 337-233-0530 |

| Date Updated | Fax: |
|---|---|
| 04/08/2016 | 337-235-0547 |

| Date Updated | Mailing Addresses: |
|---|---|
| 07/08/2017 | P O BOX 53406   LAFAYETTE, LA U.S.A. 70505 |

## License Summary

**License Summary**  KNOX INSURANCE GROUP LLC  **NPN:** 4769212  **Date:** 01/20/2022

**State: LA**

**License #:** 273169  **Issue Date:** 02/16/2001  **Expiration Date:** 04/30/2016  **Last Updated:** 08/09/2018

**Class:** PRODUCER AGENCY  **Residency:** R  **Active:** No  * Indicates current LOA status

**Designated Home State:** None

**CE Compliance:**  **CE Credits Needed:**  **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Accident & Health or Sickness | 09/04/2001 | Inactive * | Cancelled | 04/30/2016 |
| Casualty | 02/16/2001 | Inactive * | Cancelled | 04/30/2015 |
| Life | 09/04/2001 | Inactive * | Cancelled | 04/30/2016 |
| Property | 02/16/2001 | Inactive * | Cancelled | 04/30/2015 |
| Surplus Lines | 02/16/2001 | Inactive * | Cancelled | 04/30/2015 |

## Appointments

**Appointments**  KNOX INSURANCE GROUP LLC  **NPN:** 4769212  **Date:** 01/20/2022

**State: LA**

No Information Available

## Non-Resident Licensed State(s)

**Summary For State:** CA    **NPN:** 4769212    **Date:** 01/20/2022

## KNOX INSURANCE GROUP LLC

**Demographics**    **NPN:** 4769212    **Date:** 01/20/2022

### State: CA

**State Co Id:** 182852

**Name:** KNOX INSURANCE GROUP, LLC

| Date Updated | Business Addresses: |
|---|---|
| 04/21/2017 | 2014 W PINHOOK ROAD 610  LAFAYETTE, LA U.S.A. 70508 |

| Date Updated | Business Email: |
|---|---|
| 04/22/2017 | ddavid@knoxinsurance.com |

| Date Updated | Business Phone: |
|---|---|
| 04/21/2017 | 337-769-4551 |

| Date Updated | Fax: |
|---|---|
| 04/21/2017 | 337-235-0547 |

| Date Updated | Mailing Addresses: |
|---|---|
| 04/21/2017 | P.O.BOX 53406  LAFAYETTE, LA U.S.A. 70505 |

**License Summary**    KNOX INSURANCE GROUP LLC    **NPN:** 4769212    **Date:** 01/20/2022

**State:** CA

**License #:** 0G22008    **Issue Date:** 07/17/2008    **Expiration Date:** 07/31/2014    **Last Updated:** 04/22/2017

**Class:** NON RESIDENT INSURANCE PRODUCER    **Residency:** NR    **Active:** No    * Indicates current LOA status

**Designated Home State:** None

**CE Compliance:**    **CE Credits Needed:**    **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| CASUALTY BROKER-AGENT | 07/17/2008 | Inactive | * Failure to renew | 07/31/2014 |
| PROPERTY BROKER-AGENT | 07/17/2008 | Inactive | * Failure to renew | 07/31/2014 |

**Appointments** KNOX INSURANCE GROUP LLC  **NPN:** 4769212  **Date:** 01/20/2022

**State: CA**

**Company Name:** ASPEN AMERICAN INSURANCE COMPANY  **FEIN:** 752344200  **Cocode:** 43460  **Last Updated:** 09/05/2017

| Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Renewal Date |
|---|---|---|---|---|
| CASUALTY BROKER-AGENT | Terminated | Not for Cause | 07/31/2014 | |
| PROPERTY BROKER-AGENT | Terminated | Not for Cause | 07/31/2014 | |

**Company Name:** NEW HAMPSHIRE INSURANCE COMPANY  **FEIN:** 020172170  **Cocode:** 23841  **Last Updated:** 09/05/2017

| Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Renewal Date |
|---|---|---|---|---|
| CASUALTY BROKER-AGENT | Terminated | Not for Cause | 07/31/2014 | |
| PROPERTY BROKER-AGENT | Terminated | Not for Cause | 07/31/2014 | |

**Company Name:** STARR INDEMNITY & LIABILITY COMPANY(350)  **FEIN:** 751670124  **Cocode:** 38318  **Last Updated:** 09/05/2017

| Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Renewal Date |
|---|---|---|---|---|
| CASUALTY BROKER-AGENT | Terminated | Not for Cause | 07/31/2014 | |
| PROPERTY BROKER-AGENT | Terminated | Not for Cause | 07/31/2014 | |

**Company Name:** WESTERN SURETY COMPANY(799)  **FEIN:** 460204900  **Cocode:** 13188  **Last Updated:** 09/05/2017

| Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Renewal Date |
|---|---|---|---|---|
| CASUALTY BROKER-AGENT | Terminated | Not for Cause | 06/23/2014 | |
| PROPERTY BROKER-AGENT | Terminated | Not for Cause | 06/23/2014 | |

## Non-Resident Licensed State(s)

**Summary For State:** TX   **NPN:** 4769212   **Date:** 01/20/2022

## KNOX INSURANCE GROUP LLC

**Demographics**   **NPN:** 4769212   **Date:** 01/20/2022

**State:** TX

**State Co Id:** 35152

**Name:** KNOX INSURANCE GROUP, LLC

| Date Updated | Business Addresses: |
|---|---|
| 01/15/2016 | 2014 WEST PINHOOK RD STE 610   LAFAYETTE, LA U.S.A. 70508 |

| Date Updated | Mailing Addresses: |
|---|---|
| 01/15/2016 | PO BOX 53406   LAFAYETTE, LA U.S.A. 70505 |

**License Summary**   KNOX INSURANCE GROUP LLC   **NPN:** 4769212   **Date:** 01/20/2022

**State:** TX

**License #:** 1569374   **Issue Date:** 05/19/2009   **Expiration Date:** 05/19/2015   **Last Updated:** 01/15/2016

**Class:** General Lines Agncy/Agnt   **Residency:** NR   **Active:** No   * Indicates current LOA status

**Designated Home State:** None

**CE Compliance:**   **CE Credits Needed:**   **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Property & Casualty | 05/19/2009 | Cancelled * | Failure to renew | 05/19/2015 |

**Appointments**   KNOX INSURANCE GROUP LLC   **NPN:** 4769212   **Date:** 01/20/2022

**State:** TX

**Company Name:** ACE AMERICAN INSURANCE COMPANY   **FEIN:** 952371728   **Cocode:** 22667   **Last Updated:** 08/11/2017

| Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Renewal Date |
|---|---|---|---|---|
| Property & Casualty | Terminated | Not for Cause | 10/06/2014 | |

**Company Name:** ACE FIRE UNDERWRITERS INSURANCE COMPANY    **FEIN:** 066032187    **Cocode:** 20702    **Last Updated:** 08/11/2017

| Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Renewal Date |
|---|---|---|---|---|
| Property & Casualty | Terminated | Not for Cause | 10/06/2014 | |

**Company Name:** ACE PROPERTY AND CASUALTY INSURANCE    **FEIN:** 060237820    **Cocode:** 20699    **Last Updated:** 08/11/2017

| Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Renewal Date |
|---|---|---|---|---|
| Property & Casualty | Terminated | Not for Cause | 10/06/2014 | |

**Company Name:** AMERICAN ALTERNATIVE INSURANCE CORPORATION    **FEIN:** 522048110    **Cocode:** 19720    **Last Updated:** 08/11/2017

| Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Renewal Date |
|---|---|---|---|---|
| Property & Casualty | Terminated | Not for Cause | 05/19/2015 | |

**Company Name:** AMERICAN GUARANTEE AND LIABILITY INSURANCE    **FEIN:** 366071400    **Cocode:** 26247    **Last Updated:** 08/11/2017

| Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Renewal Date |
|---|---|---|---|---|
| Property & Casualty | Terminated | Not for Cause | 05/19/2015 | |

**Company Name:** AMERICAN INTERSTATE INSURANCE COMPANY    **FEIN:** 581181498    **Cocode:** 31895    **Last Updated:** 08/11/2017

| Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Renewal Date |
|---|---|---|---|---|
| Property & Casualty | Terminated | Not for Cause | 05/19/2015 | |

**Company Name:** AMERICAN INTERSTATE INSURANCE COMPANY OF    **FEIN:** 412143145    **Cocode:** 12228    **Last Updated:** 08/11/2017

| Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Renewal Date |
|---|---|---|---|---|
| Property & Casualty | Terminated | Not for Cause | 05/19/2015 | |

**Company Name:** AMERICAN ZURICH INSURANCE COMPANY    **FEIN:** 363141762    **Cocode:** 40142    **Last Updated:** 08/11/2017

| Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Renewal Date |
|---|---|---|---|---|
| Property & Casualty | Terminated | Not for Cause | 05/19/2015 | |

| Company Name: | ASPEN AMERICAN INSURANCE COMPANY | FEIN: 752344200 | Cocode: 43460 | Last Updated: 08/11/2017 |
|---|---|---|---|---|
| **Line of Authority** | | **Status** | **Termination Reason** | **Current Appt/Term Effective Date** | **Renewal Date** |
| Property & Casualty | | Terminated | Not for Cause | 05/19/2015 | |

| Company Name: | CLEAR SPRING PROPERTY AND CASUALTY COMPANY | FEIN: 431436329 | Cocode: 15563 | Last Updated: 03/12/2018 |
|---|---|---|---|---|
| **Line of Authority** | | **Status** | **Termination Reason** | **Current Appt/Term Effective Date** | **Renewal Date** |
| Property & Casualty | | Terminated | Not for Cause | 05/20/2015 | |

| Company Name: | FIREMAN'S FUND INSURANCE COMPANY | FEIN: 941610280 | Cocode: 21873 | Last Updated: 08/11/2017 |
|---|---|---|---|---|
| **Line of Authority** | | **Status** | **Termination Reason** | **Current Appt/Term Effective Date** | **Renewal Date** |
| Property & Casualty | | Terminated | Not for Cause | 03/30/2012 | |

| Company Name: | NEW HAMPSHIRE INSURANCE COMPANY | FEIN: 020172170 | Cocode: 23841 | Last Updated: 08/11/2017 |
|---|---|---|---|---|
| **Line of Authority** | | **Status** | **Termination Reason** | **Current Appt/Term Effective Date** | **Renewal Date** |
| Property & Casualty | | Terminated | Not for Cause | 05/19/2015 | |

| Company Name: | RLI INSURANCE COMPANY | FEIN: 370915434 | Cocode: 13056 | Last Updated: 08/11/2017 |
|---|---|---|---|---|
| **Line of Authority** | | **Status** | **Termination Reason** | **Current Appt/Term Effective Date** | **Renewal Date** |
| Property & Casualty | | Terminated | Not for Cause | 05/19/2015 | |

| Company Name: | STARR INDEMNITY & LIABILITY COMPANY | FEIN: 751670124 | Cocode: 38318 | Last Updated: 08/11/2017 |
|---|---|---|---|---|
| **Line of Authority** | | **Status** | **Termination Reason** | **Current Appt/Term Effective Date** | **Renewal Date** |
| Property & Casualty | | Terminated | Not for Cause | 05/19/2015 | |

| Company Name: | ZURICH AMERICAN INSURANCE COMPANY | FEIN: 364233459 | Cocode: 16535 | Last Updated: 08/11/2017 |
|---|---|---|---|---|
| **Line of Authority** | | **Status** | **Termination Reason** | **Current Appt/Term Effective Date** | **Renewal Date** |
| Property & Casualty | | Terminated | Not for Cause | 05/19/2015 | |

**Company Name:** ZURICH AMERICAN INSURANCE COMPANY OF  **FEIN:** 362781080  **Cocode:** 27855  **Last Updated:** 08/11/2017

| Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Renewal Date |
|---|---|---|---|---|
| Property & Casualty | Terminated | Not for Cause | 05/19/2015 | |

| **Regulatory Actions** | **NPN:** | 4769212 | **Date:** | 01/20/2022 |
|---|---|---|---|---|

KNOX INSURANCE GROUP LLC

No Information Available

| **Comments** | **NPN:** | 4769212 | **Date:** | 01/20/2022 |
|---|---|---|---|---|

KNOX INSURANCE GROUP LLC

No Information Available

The Producer Database (PDB) compiles information provided by participating state insurance departments including licensing information on insurance producers and/or registered securities brokers and regulatory actions on insurance producers, companies and other entities engaged in the business of insurance. Not every state participates actively or fully in the PDB. The Producer Database does not report adverse licensing or regulatory action information on individuals if the information is more than seven (7) years old. Users are cautioned that the absence of information on a particular individual or entity should not be taken as conclusive that no licensing or regulatory action information exists. The information is provided "AS IS" and there is no guarantee of the truth or accuracy of the information provided by the state insurance department. There is no guarantee the information in the PDB has not been modified, revised or updated and not reported by the state insurance department to the PDB.

Copyright © 2022 National Insurance Producer Registry. All rights reserved.  01/20/2022