UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RIPPY OIL CO.<br>   Plaintiff<br>v.<br><br>ACE AMERICAN INSURANCE CO.,<br>CHARTIS SPECIALTY INSURANCE CO.,<br>RISK SPECIALISTS COMPANIES<br>INSURANCE AGENCY, INC.<br>   Defendants | CIVIL ACTION<br><br>NO.:<br><br>JUDGE |

## CORPORATE DISCLOSURE STATEMENT

AIG Specialty Insurance Company is a direct, wholly-owned (100%) subsidiary of AIG Property Casualty U.S., Inc., which is a wholly-owned (100%) subsidiary of AIG Property Casualty Inc., which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly-held corporation.

    Respectfully Submitted,

    */s/ Robert I. Siegel*
    ROBERT I. SIEGEL (#607556)
    C.J. CHAMBERS (TX#260069)
    **GIEGER, LABORDE & LAPEROUSE, LLC**
    5151 San Felipe, Suite 750
    Houston, TX 77056
    Telephone: (823) 255-6000
    Facsimile:   (823) 255-6001
    Email:   rsiegel@glllaw.com
    E-mail:   cchamberts@glllaw.com

    And

    One Shell Square, Suite 4800
    701 Poydras Street
    New Orleans, Louisiana 70139-4800
    Telephone: (504) 561-0400
    Facsimile:   (504) 561-1011
    *Counsel for: AIG Specialty Ins. Co. f/k/a Chartis Specialty Ins. Co.* and *Risk Specialists Companies Insurance Agency, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January, 2022, I electronically filed this **Corporate Disclosure Statement** with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties to this proceeding**.**

                                                   */s/ Robert I. Siegel*
                                                   ROBERT I. SIEGEL