IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| RIPPY OIL CO. | § § § | |
| VS. | § § § § | **Civil Case Number:** 4:22-cv-00276 |
| ACE AMERICAN INSURANCE CO., CHARTIS SPECIALTY INSURANCE CO., RISK SPECIALISTS COMPANIES INSURANCE AGENCY, INC | § § § § | |

## NOTICE OF CONSENT TO REMOVAL

Defendant, ACE American Insurance Company ("ACE"), pursuant to 28 U.S. Code § 1446(b)(2)(A) and for all purposes, hereby states and affirms its consent to the Notice of Removal filed by Defendants, AIG Specialty Insurance Company ("ASIC") and Risk Specialists Companies Insurance Agency, Inc. ("Risk Specialists"), of the action entitled *Rippy Oil Company v. Ace American Insurance Company, Chartis Specialty Insurance Company n/k/a AIG Insurance Company Specialty Insurance Company (sic), and Risk Specialists Companies Insurance Agency, Inc.*, Civil Action No. 2021-83799, from the 133rd District Court of Harris County, Texas, to the United States District Court for the Southern District of Texas. ACE reserves all available defenses.

[Signature on next page]

Respectfully submitted,

*/s/ Michael A. Varner*
Michael A. Varner
Texas Bar No. 20499425
S.D. Tex. No. 15111
tvarner@brownsims.com
Brown Sims
1177 West Loop South, Tenth Floor
Houston, Texas   77027
Phone: 713.629.1580
Fax: 713.629.5027
E-Mail: mvarner@brownsims.com

**ATTORNEY FOR DEFENDANT, ACE AMERICAN INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Michael A. Varner*
Michael A. Varner