FILED
BEVERLY WILSON, DISTRICT CLERK
LEON COUNTY, TEXAS

06-04-18

JUN 04 2018

BY_____

### CAUSE NO. O-10-498

| | | |
|---|---|---|
| RIPPY OIL COMPANY, RIPPY | § | IN THE DISTRICT COURT OF |
| INTEREST LLC, THE GENECOV | § | |
| GROUP, INC., AND JOHN D. | § | |
| PROCTOR, | § | |
| *Plaintiffs,* | § | |
| | § | |
| VS. | § | LEON COUNTY, TEXAS |
| | § | |
| KNIGHT OIL TOOLS, INC. AND | § | |
| PIONEER DRILLING COMPANY, | § | |
| *Defendants.* | § | 278TH JUDICIAL DISTRICT |

---

## FINAL JUDGMENT

---

BE IT REMEMBERED that on the 1st day of May 2018, came on to be heard the above-entitled and numbered cause for trial, with due and proper notice to all parties, and came Plaintiff Rippy Oil Company ("Plaintiff"), by and through its attorneys of record, and announced ready for trial, and came Defendants Knight Oil Tool, Inc. and Pioneer Drilling Co., by and through their attorneys of record, and announced ready for trial.

A jury of twelve (12) good and lawful citizens of Leon County was duly qualified, selected, impaneled, and sworn. The case proceeded to trial and the parties presented their evidence.

At the conclusion of the evidence, the Court submitted the questions of fact to the jury. The jury returned and announced its verdict in open Court in the presence of the parties and their counsel. The verdict was by ten jurors who together concurred in and agreed to the answers to all required questions and who signed their names to the verdict. There being no objection, the Court thereafter accepted the verdict and ordered same duly filed. The charge of the Court and the verdict of the jury are incorporated herein for all purposes by reference.



EXHIBIT
H

Based on the pleadings, the evidence, the jury verdict, and the stipulations of the parties, the Court finds that Plaintiff is entitled to recover from Defendant Knight Oil Tools, Inc. as follows.

It is ORDERED, ADJUDGED and DECREED that Plaintiff Rippy Oil Company have and recover $5,900,000.00 in past damages from Defendant Knight Oil Tools, Inc., less the amount of Defendant Knight Oil Tools' counterclaim of $361,356.87, for a net recovery of $5,538,643.13. Additionally, the Court awards prejudgment interest on these past damages in the amount of $2,056,885.14 through June 1, 2017 and an additional $758.72 per day until the day before this final judgment is signed.

IT IS FURTHER ORDERED that this judgment will bear interest at the rate of 5.00%, compounded annually, from the date of this judgment until paid.

All costs of court spent or incurred in this cause are adjudged against Defendant.

All writs and processes for the enforcement and collection of this judgment or court costs may issue as necessary. All relief requested in this case and not expressly granted is denied. This judgment finally disposes of all parties and claims and is appealable.

SIGNED this ___4___ day of June 2018.

THE HONORABLE HAL R. RIDLEY
JUDGE PRESIDING

**APPROVED AS TO SUBSTANCE AND FORM:**

LAW OFFICE OF KENNETH TEKELL, SR. PLLC          HERRICK & ASSOCIATES, P.C.


By: _____          By: _____
Kenneth Tekell                                    David P. Herrick
State Bar No.                                     State Bar No. 00785957
ktekell@balagiatekell.com                        dherrick@herrickassociates.com
1221 McKinney, Suite 3200                        18111 Preston Road, Suite 480
Houston, TX  77010                               Dallas, TX  75252
(713) 654-5191                                   (214) 303-1258
                                                 (214) 303-1257 (Fax)


THE KRIST LAW FIRM, P.C.                          DAVID HAMMIT LLC


By: _____          By: _____
Ronald D. Krist                                   David Hammit
State Bar No. 11727000                           State Bar No. 08857660
psteele@kristlaw.com                             david@hammitlaw.com
The Krist Building                               109 South Madison Street
17100 El Camino Real                             Madisonville, TX  77864
Houston, TX  77058                               (936) 349-1600
(281) 283-8500                                   (936) 349-0505 (Fax)
(281) 488-3489 (Fax)


BECK REDDEN LLP


By: _____
David M. Gunn
State Bar No. 08621600
dgunn@beckredden.com
John S. Adcock
State Bar No. 00790206
jadcock@beckredden.com
1221 McKinney, Suite 4500
Houston, TX  77010
(713) 951-3700
(713) 951-3720 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

**APPROVED AS TO FORM ONLY:**

DONATO, MINX, BROWN & POOL, P.C.

By: _____

    Randy Donato
    State Bar No. 05973300
    rdonato@donatominxbrown.com
    James T. Sunosky
    State Bar No. 24033372
    jsunosky@donatominxbrown.com
    3200 Southwest Freeway, Suite 2300
    Houston, TX  77027
    (713) 877-1112
    (713) 877-1138 (Fax)

WRIGHT CLOSE & BARGER, LLP

By: _____

    Jessica Z. Barger
    State Bar No. 24032706
    barger@wrightclosebarger.com
    One Riverway, Suite 2200
    Houston, TX  77056
    (713) 572-4321
    (713) 572-4320 (Fax)

**ATTORNEYS FOR DEFENDANTS**