UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

RIPPY OIL CO.

v.

ACE AMERICAN INSURANCE CO.,
CHARTIS SPECIALTY INSURANCE CO.,
RISK SPECIALISTS COMPANIES
INSURANCE AGENCY, INC.

CIVIL ACTION

NO.: 4:22-CV-00276

JUDGE: KENNETH M HOYT

## ORDER

**CONSIDERING** the Motion to Dismiss, or in the Alternative, to Transfer or Stay and the Brief in Support filed by AIG Specialty Insurance Company and Risk Specialists Companies Insurance Agency, Inc.:

**IT IS HEREBY ORDERED** that the Motion to Dismiss, or in the Alternative, to Transfer or Stay filed by AIG Specialty Insurance Company and Risk Specialists Companies Insurance Agency, Inc. be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that this matter be and is hereby **DISMISSED**.

Houston, Texas, this _____ day of _____, 2022.

_____
DISTRICT COURT JUDGE