IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| RIPPY OIL CO. | § § § | |
| VS. | § § § § § | CIVIL ACTION NO. 4:22-cv-00276 |
| ACE AMERICAN INSURANCE CO., CHARTIS SPECIALTY INSURANCE CO., RISK SPECIALISTS COMPANIES INSURANCE AGENCY, INC | § § § § | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Considering the Unopposed Motion for Extension of Time to File Responsive Pleadings by Defendant ACE American Insurance Company, the Court finds the Motion is well-taken and should be granted.

Therefore, ACE American Insurance Company is granted up to and including February 10, 2022, to file its responsive pleadings to the Plaintiff's Original Petition.

Signed at Houston, Texas, on this _____ day of February 2022.

_____
Kenneth Hoyt
United States District Judge