UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RIPPY OIL CO. | |
| v. | CIVIL ACTION |
| | NO.: 4:22-CV-00276 |
| ACE AMERICAN INSURANCE CO., CHARTIS SPECIALTY INSURANCE CO., RISK SPECIALISTS COMPANIES INSURANCE AGENCY, INC. | JUDGE: KENNETH M HOYT |

## CORPORATE DISCLOSURE STATEMENT

As of January 1, 2010, Risk Specialist Companies Insurance Agency, Inc. was a direct, wholly-owned (100%) subsidiary of A.I. Risk Specialists Insurance, Inc. As of July 1, 2015, A.I. Risk Specialists Insurance, Inc. was merged into Risk Specialist Companies Insurance Agency, Inc. As a consequence, as of the date of the merger Risk Specialist Companies Insurance Agency, Inc. is a direct, wholly-owned (100%) subsidiary of AIG Property Casualty U.S., Inc., which is a wholly-owned (100%) subsidiary of AIG Property Casualty Inc., which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly-held corporation.

Respectfully Submitted,

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL (#607556)
C.J. CHAMBERS (TX#260069)
**GIEGER, LABORDE & LAPEROUSE, LLC**
5151 San Felipe, Suite 750
Houston, TX 77056
Telephone: (823) 255-6000
Facsimile:    (823) 255-6001
Email:      rsiegel@glllaw.com
Email:      cchambers@glllaw.com

and

One Shell Square, Suite 4800
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile:     (504) 561-1011

*Counsel for AIG Specialty Ins. Co. f/k/a Chartis Specialty Ins. Co.* and *Risk Specialists Companies Insurance Agency, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2022, I electronically filed *Corporate Disclosure Statement* with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties to this proceeding.

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL