IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RIPPY OIL CO.

v.

ACE AMERICAN INSURANCE CO.,
CHARTIS SPECIALTY INSURANCE CO.,
RISK SPECIALISTS COMPANIES
INSURANCE AGENCY, INC.

CIVIL ACTION

NO.: 4:22-CV-00276

JUDGE: KENNETH M HOYT

## AIG SPECIALTY INSURANCE COMPANY AND RISK SPECIALISTS COMPANIES INSURANCE AGENCY, INC. CERTIFICATE OF INTERESTED PARTIES

NOW COMES, AIG Specialty Insurance Company ("ASIC") and Risk Specialists Companies Insurance Agency, Inc. ("Risk Specialists"), Defendants in the above styled and numbered matter and files this Certificate of Interested Parties.

The following list identifies, to the best of Defendants' knowledge, all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of this litigation:

1. Rippy Oil Co.;

2. ACE American Insurance Company;

3. AIG Specialty Insurance Company (fka Chartis Specialty Insurance Company);

4. Risk Specialists Companies Insurance Agency, Inc.; and

5. Knight Oil Tools.

Dated: February 16, 2022.

{**Signature Block on Next Page**}

Respectfully Submitted,

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL (#607556)
C.J. CHAMBERS (TX#260069)
**GIEGER, LABORDE & LAPEROUSE, LLC**
5151 San Felipe, Suite 750
Houston, TX 77056
Telephone: (823) 255-6000
Facsimile:    (823) 255-6001
Email:    rsiegel@glllaw.com
Email:    cchambers@glllaw.com

and

One Shell Square, Suite 4800
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile:    (504) 561-1011

*Counsel for AIG Specialty Ins. Co. f/k/a Chartis Specialty Ins. Co.* and *Risk Specialists Companies Insurance Agency, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2022, I electronically filed ***Certificate of Interested Parties*** with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties to this proceeding**.**

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL