IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RIPPY OIL CO. § | |
| § | |
| VS. § | CIVIL ACTION |
| § | |
| § | NO.: 4:22-cv-00276 |
| § | |
| ACE AMERICAN INSURANCE CO., § | |
| CHARTIS SPECIALTY INSURANCE § | |
| CO., RISK SPECIALISTS COMPANIES § | |
| INSURANCE AGENCY, INC § | |

**DEFENDANT ACE AMERICAN INSURANCE COMPANY'S
CERTIFICATE OF INTERESTED PARTIES**

Defendant, ACE American Insurance Company (ACE), files this Certificate of Interested Parties reflecting all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are believed to be financially interested in the outcome of this litigation as indicated by the current state of the pleadings:

1. Rippy Oil Co., Plaintiff;

2. AIG Specialty Insurance Company;

3. Risk Specialists Companies Insurance Agency, Inc.

4. ACE American Insurance Company; and

5. Knight Oil Tools.

Should other parties be added to this lawsuit who thereby become financially interested in the outcome of this litigation, ACE will file an amended certificate with the Clerk identifying such interested parties.

Respectfully submitted,

*/s/ Michael A. Varner*
Michael A. Varner
Texas Bar No. 20499425
S.D. Tex. No. 15111
Brown Sims
1177 West Loop South, Tenth Floor
Houston, Texas 77027
Phone: 713.629.1580
Fax: 713.629.5027
E-Mail: mvarner@brownsims.com

**Attorney for Defendant ACE American Insurance Company**

## Certificate of Service

I hereby certify that on this 18th day of February 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Michael A. Varner*
Michael A. Varner