IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RIPPY OIL CO. § | |
| § | |
| § | CIVIL ACTION |
| VS. § | |
| § | NO.: 4:22-cv-00276 |
| § | |
| § | |
| ACE AMERICAN INSURANCE CO., § | |
| CHARTIS SPECIALTY INSURANCE § | |
| CO., RISK SPECIALISTS COMPANIES § | |
| INSURANCE AGENCY, INC § | |

**DEFENDANT ACE AMERICAN INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant, ACE American Insurance Company, discloses as follows:

- **ACE American Insurance Company is a Pennsylvania corporation. ACE American Insurance Company is an indirect wholly-owned subsidiary of Chubb Limited, a publicly traded company.**

Respectfully submitted,

*/s/ Michael A. Varner*
Michael A. Varner
Texas Bar No. 20499425
S.D. Tex. No. 15111
Brown Sims
1177 West Loop South, Tenth Floor
Houston, Texas   77027
Phone: 713.629.1580
Fax: 713.629.5027
E-Mail: mvarner@brownsims.com

**Attorney for Defendant ACE American Insurance Company**

## Certificate of Service

I hereby certify that on this 18th day of February 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Michael A. Varner*
Michael A. Varner