IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | | |
|---|---|---|
| RIPPY OIL COMPANY | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CA No. 4:22-cv-00276 |
| | § | |
| ACE AMERICAN INSURANCE COMPANY, | § | |
| CHARTIS SPECIALTY INSURANCE | § | |
| COMPANY N/K/A AIG INSURANCE | § | |
| COMPANY, SPECIALTY INSURANCE | § | |
| COMPANY, AND RISK SPECIALISTS | § | |
| COMPANIES INSURANCE AGENCY, INC. | § | (JURY DEMANDED) |
| *Defendant.* | § | |

**PLAINTIFF RIPPY OIL COMPANY'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Rippy Oil Company states that there is no parent corporation or any publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

**Taylor, Book, Allen & Morris, L.L.P**

<u>/s/ Mike Morris</u>
Mike Morris
Attorney-in-charge
State Bar No. 14495800
1221 McKinney, Suite 4300
Houston, Texas 77010
(713) 222-9542
(713) 655-7727 - Fax
mmorris@taylorbook.com
***Attorney for Plaintiff, Rippy Oil Company***

## **CERTIFICATE OF SERVICE**

      I certify that on this 25th day of February, 2022, a true and correct copy of the foregoing instrument was served via electronic means through transmission facilities from the Court upon those parties authorized to participate and access the Electronic Filing System for the Southern District of Texas:

<em>/s/ Mike Morris</em>