IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | | |
|---|---|---|
| RIPPY OIL COMPANY | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CA No. 4:22-cv-00276 |
| | § | |
| ACE AMERICAN INSURANCE COMPANY, | § | |
| CHARTIS SPECIALTY INSURANCE | § | |
| COMPANY N/K/A AIG INSURANCE | § | |
| COMPANY, SPECIALTY INSURANCE | § | |
| COMPANY, AND RISK SPECIALISTS | § | |
| COMPANIES INSURANCE AGENCY, INC. | § | (JURY DEMANDED) |
| *Defendant.* | § | |

**PLAINTIFF RIPPY OIL COMPANY'S FIRST AMENDED
<u>CERTIFICATE OF INTERESTED PARTIES</u>**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff, RIPPY OIL COMPANY, by and through its attorney of record, and without waiving its right to file a Motion to Remand to State Court from which this case was removed, files this its First Amended Certificate of Interested Parties, and would respectfully show that to the best of Plaintiff's knowledge, the following entities are or may be financially interested in the outcome of this action:

1. Plaintiff, RIPPY OIL COMPANY and its working interest owners Rippy Interest LLC, The Genecov Group, Inc. and John D. Proctor.

2. Defendant, ACE AMERICAN INSURANCE COMPANY is an indirect wholly0owned subsidiary of <u>Chubb Limited</u>, which is a publically held corporation traded on the New York Stock Exchange. (NYSE: CB).

3. Defendant, CHARTIS SPECIALTY INSURANCE COMPANY, now known as AIG Specialty Insurance Company, a direct, wholly-owned (100%) subsidiary of AIG Property

Casualty, Inc. which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly held corporation traded on the New York stock exchange. (NYSE: AIG).

4. Defendant, Risk Specialists Insurance Agency, Inc. is a direct, wholly-owned (100%), subsidiary of AIG Property Casualty, Inc. which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly held corporation traded on the New York stock exchange. (NYSE: AIG).

Respectfully submitted,

**Taylor, Book, Allen & Morris, L.L.P**

_/s/ Mike Morris_
Mike Morris
Attorney-in-charge
State Bar No. 14495800
1221 McKinney, Suite 4300
Houston, Texas 77010
(713) 222-9542
(713) 655-7727 - Fax
mmorris@taylorbook.com
***Attorney for Plaintiff, Rippy Oil Company***

## CERTIFICATE OF SERVICE

I certify that on this 25th day of February, 2022, a true and correct copy of the foregoing instrument was served via electronic means through transmission facilities from the Court upon those parties authorized to participate and access the Electronic Filing System for the Southern District of Texas:

_/s/ Mike Morris_