IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **RIPPY OIL CO.** § § § § | |
| **v.** § § § | **Civil Case Number:** 4:22-cv-00276 |
| **ACE AMERICAN INSURANCE CO., CHARTIS SPECIALTY INSURANCE CO., RISK SPECIALISTS COMPANIES INS. AGENCY, INC.** § § § § § § § § | |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW, SUBSTITUTE AND ENROLL COUNSEL OF RECORD

Considering the foregoing Unopposed Motion to Withdraw, Substitute and Enroll Counsel of Record, and finding it to be well-taken,

**IT IS HEREBY ORDERED** that the Motion is Granted, and Michael A. Varner (TX Bar No. 20499425, S.D. Tex. No. 15111) of Brown Sims is withdrawn as counsel of record for ACE American Insurance Company ("ACE") in the above entitled matter; and

**IT IS FURTHER ORDERED** that Thear J. Lemoine (La. Bar No. 26383, S.D. Tex. No. 2861041) of Brown Sims, P.C., 1100 Poydras Street, 39th Floor, New Orleans, Louisiana 70163, shall be enrolled and substituted as lead counsel of record for ACE, and Gregory M. Burts (La. Bar No. 39133, S.D. Tex. No. 3734780) of Brown Sims, P.C. 1100 Poydras Street, 39th Floor, New Orleans, Louisiana 70163, be enrolled as additional counsel of record for ACE in the above entitled matter.

.

_____, Texas, this \_\_\_\_\_ day of _____, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE