United States District Court
Southern District of Texas
**ENTERED**
March 14, 2022
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RIPPY OIL CO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-00276 |
| | § | |
| AIG SPECIALTY INSURANCE COMPANY, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING UNPPOSED MOTIONFOR EXTENSION OF TIME TO
### FILE RESPONSIVE PLEADINGS

Considering the unopposed motion for extension of time to file responsive pleadings by defendant ACE American Insurance Company (Dkt. No. 6), the Court finds the motion is well-taken and should be granted.

It is, therefore, ORDERED that defendant ACE American Insurance Company is granted up to and including February 10, 2022, to file its responsive pleadings to the plaintiff's Original Petition.

It is so ORDERED.

SIGNED on March 10, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge