UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RIPPY OIL CO, § § Plaintiff, § § VS. § AIG SPECIALTY INSURANCE § COMPANY, *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:22-CV-00276 |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW,
SUBSTITUTE AND ENROLL COUNSEL OF RECORD**

Considering the foregoing unopposed motion to withdraw, substitute and enroll counsel of record (Dkt. No. 17), and finding it to be well-taken,

**IT IS HEREBY ORDERED** that the unopposed motion is Granted, and Michael A. Varner (TX Bar No. 20499425, S.D. Tex. No. 15111) of Brown Sims is withdrawn as counsel of record for ACE American Insurance Company ("ACE") in the above-entitled matter; and

**IT IS FURTHER ORDERED** that Thear J. Lemoine (La. Bar No. 26383, S.D. Tex. No. 2861041) of Brown Sims, P.C., 1100 Poydras Street, 39th Floor, New Orleans, Louisiana 70163, shall be enrolled and substituted as lead counsel of record for ACE, and Gregory M. Burts (La. Bar No. 39133, S.D. Tex. No. 3734780) of Brown Sims,

P.C. 1100 Poydras Street, 39th Floor, New Orleans, Louisiana 70163, be enrolled as additional counsel of record for ACE in the above-entitled matter.

It is so ORDERED.

SIGNED on March 14, 2022, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge