UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIPPY OIL COMPANY | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-00276 |
| | § | |
| ACE AMERICAN INSURANCE | § | |
| COMPANY, CHARTIS SPECIALTY | § | |
| INSURANCE COMPANY N/K/A | § | |
| AIG INSURANCE CMPANY, | § | |
| SPECIALTY INSURANCE | § | |
| COMPANY, AND RISK | § | |
| SPECIALISTS COMPANIES | § | |
| INSURANCE AGENCY, INC. | § | (JURY DEMANDED) |
| COMPANY) | § | |
| Defendants | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Upon considering Plaintiff Rippy Oil Company's Unopposed Motion for Extension of Time to file Response to Defendants' Motion to Dismiss, or in the alternative, To Transfer or Stay (Doc. 4) and Joinder in Same (Doc. 8), the Court finds the Motion is well taken and should be granted. Therefore, Plaintiff Rippy Oil Company is granted up to and including March 22, 2022, to file its Response to the Motion to Dismiss, or in the alternative, To Transfer or Stay (Doc. 4) and Joinder in Same (Doc. 8).

SIGNED at Houston, Texas, on this _____ day of March, 2022.

_____
Honorable Kenneth Hoyt
United States District Judge