IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | | |
|---|---|---|
| RIPPY OIL COMPANY | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CA No. 4:22-cv-00276 |
| | § | |
| ACE AMERICAN INSURANCE COMPANY, | § | |
| CHARTIS SPECIALTY INSURANCE | § | |
| COMPANY N/K/A AIG INSURANCE | § | |
| COMPANY, SPECIALTY INSURANCE | § | |
| COMPANY, AND RISK SPECIALISTS | § | |
| COMPANIES INSURANCE AGENCY, INC. | § | (JURY DEMANDED) |
| *Defendant.* | § | |

## ORDER DENYING DEFENDANTS'
## MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER OR STAY

After considering the Motion to Dismiss, or in the Alternative, to Transfer or Stay filed

by Defendants AIG Specialty Insurance Company and Risk Specialists Companies Insurance

Agency, Inc. (Doc. 4) and Partial Joinder in same filed by Defendant ACE American Insurance

Company (Doc. 8) and Plaintiff's Response in Opposition (Doc. 23), and any replies thereto, is

of the opinion that the Motion to Dismiss should denied.  It is, therefore,

**ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss, or in the

Alternative, to Transfer or Stay filed by AIG Specialty Insurance Company and Risk Specialists

Companies Insurance Agency, Inc. and Partial Joinder in same filed by Defendant ACE

American Insurance Company (Doc. 8), be and is hereby **DENIED**.

SIGNED this _____ day of _____, 2022.


_____
UNITED STATES DISTRICT JUDGE