UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

RIPPY OIL CO.

v.

ACE AMERICAN INSURANCE CO.,
CHARTIS SPECIALTY INSURANCE CO.,
RISK SPECIALISTS COMPANIES
INSURANCE AGENCY, INC.

CIVIL ACTION

NO.: 4:22-CV-00276

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING** the Unopposed Motion for Extension of Time filed by Defendants AIG Specialty Insurance Company and Risk Specialists Companies Insurance Agency, Inc.:

**IT IS HEREBY ORDERED** that the Unopposed Motion for Extension of Time filed by Defendants AIG Specialty Insurance Company and Risk Specialists Companies Insurance Agency, Inc. be and is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that AIG Specialty Insurance Company and Risk Specialists Companies Insurance Agency, Inc.'s reply in support of their Motion to Dismiss or in the Alternative, to Transfer or Stay [R.Doc. 4] is due on or before April 29, 2022.

Houston, Texas, this ____ day of _____, 2022.

_____
DISTRICT COURT JUDGE