## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RIPPY OIL CO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-00276 |
| | § | |
| AIG SPECIALTY INSURANCE COMPANY, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

### <u>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME</u>

Upon considering the plaintiff, Rippy Oil Company's unopposed motion for extension of time to file response to defendants' motion to dismiss, or in the alternative, to transfer or stay (Dkt. No. 4) and joinder in same (Dkt. No. 8), the Court finds the motion is well taken and should be granted. Therefore, the plaintiff, Rippy Oil Company is granted up to and including March 15, 2022, to file its response to the Motion to Dismiss, or in the alternative, To Transfer or Stay (Dkt. No. 4) and Joinder in Same (Dkt. No. 8).

It is so ORDERED.

SIGNED on March 11, 2022, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge