United States District Court
Southern District of Texas
**ENTERED**
March 31, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RIPPY OIL CO, § § Plaintiff, § § VS. § AIG SPECIALTY INSURANCE COMPANY, § *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:22-CV-00276 |

## ORDER

**CONSIDERING** the unopposed motion for extension of time filed by defendants AIG Specialty Insurance Company and Risk Specialists Companies Insurance Agency, Inc. (Dkt. No. 26):

**IT IS HEREBY ORDERED** that the unopposed motion for extension of time filed by defendants AIG Specialty Insurance Company and Risk Specialists Companies Insurance Agency, Inc. be and is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that AIG Specialty Insurance Company and Risk Specialists Companies Insurance Agency, Inc.'s reply in support of their Motion to Dismiss or in the Alternative, to Transfer or Stay [R.Doc. 4] is due on or before April 29, 2022.

It is so ORDERED.

SIGNED on March 31, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge