UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIPPY OIL CO, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § § | CIVIL ACTION NO. 4:22-CV-00276 |
| AIG SPECIALTY INSURANCE COMPANY, *et al.*, | | |
| Defendants. | | |

## ORDER

Considering the unopposed motion for extension of time to file responsive pleadings filed by ACE American Insurance Company (Dkt. No. 25), the Court finds the motion is well-taken and should be granted.

Therefore, ACE American Insurance Company is granted up to and including April 29, 2022, to file its responsive pleadings to Rippy Oil's response in opposition to the defendant's Motion to Dismiss, or in the Alternative, Transfer or Stay.

It is so ORDERED.

SIGNED on March 31, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

1 / 1