UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

RIPPY OIL CO.

v.

ACE AMERICAN INSURANCE CO.,
CHARTIS SPECIALTY INSURANCE CO.,
RISK SPECIALISTS COMPANIES
INSURANCE AGENCY, INC.

CIVIL ACTION

NO.: 4:22-CV-00276

JUDGE: KENNETH M HOYT

## ORDER

**CONSIDERING** the Unopposed Motion for Leave to File Reply Meomorandum in Excess of Page Limit filed by AIG Specialty Insurance Company and Risk Specialists Companies Insurance Agency, Inc.;

**IT IS HEREBY ORDERED** that the Unopposed Motion for Leave to File Reply Meomoranumd in Excess of Page Limit filed by AIG Specialty Insurance Company and Risk Specialists Companies Insurance Agency, Inc. be and is hereby **GRANTED**.

Houston, Texas, this ____ day of _____, 2022.

_____
DISTRICT COURT JUDGE