IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| RIPPY OIL CO. | § § § § | |
| | § | Civil Case Number: 4:22-cv-00276 |
| v. | § § | (JURY REQUESTED) |
| ACE AMERICAN INSURANCE CO., CHARTIS SPECIALTY INSURANCE CO., RISK SPECIALISTS COMPANIES INS. AGENCY, INC. | § § § § § § § § | |

## ORDER

Considering the Unopposed Motion for Extension of Time to File Responsive Pleadings filed by ACE American Insurance Company ("ACE"), the Court finds the Motion is well-taken and should be granted.

Therefore, ACE American Insurance Company is granted up to and including May 6, 2022, to file its reply to Rippy Oil's Response in Opposition to Defendant's Motion to Dismiss, or in the Alternative, Transfer or Stay.

Signed in Houston, Texas, on this _____ day of May, 2022

---

Honorable Kenneth Hoyt
United States District Judge