IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | | |
|---|---|---|
| RIPPY OIL COMPANY § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | CA No. 4:22-cv-00276 | |
| § | | |
| ACE AMERICAN INSURANCE COMPANY, § | | |
| CHARTIS SPECIALTY INSURANCE § | | |
| COMPANY N/K/A AIG INSURANCE § | | |
| COMPANY, SPECIALTY INSURANCE § | | |
| COMPANY, AND RISK SPECIALISTS § | | |
| COMPANIES INSURANCE AGENCY, INC. § | (JURY DEMANDED) | |
| *Defendant.* § | | |

## PLAINTIFF RIPPY OIL COMPANY'S JURY DEMAND

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff, RIPPY OIL COMPANY, by and through its attorney of record, and pursuant to Federal Rule of Civil Procedure 38(a) and (b) and Federal Rule of Civil Procedure 57, hereby demands a trial by jury; a right enshrined in the Constitutions of the United States of America and the State of Texas.

Respectfully submitted,

**Taylor, Book, Allen & Morris, L.L.P**

  */s/ Mike Morris*
Mike Morris
Attorney-in-charge
State Bar No. 14495800
1221 McKinney, Suite 4300
Houston, Texas 77010
(713) 222-9542
(713) 655-7727 - Fax
mmorris@taylorbook.com
***Attorney for Plaintiff, Rippy Oil Company***

**CERTIFICATE OF SERVICE**

       I certify that on this 31st day of May, 2022, a true and correct copy of the foregoing instrument was served via electronic means through transmission facilities from the Court upon those parties authorized to participate and access the Electronic Filing System for the Southern District of Texas:

                                                                      */s/ Mike Morris*