United States District Court
Southern District of Texas
**ENTERED**
June 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIPPY OIL CO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-00276 |
| | § | |
| AIG SPECIALTY INSURANCE COMPANY, *et al.*, | § § | |
| | § | |
| Defendants. | § | |

## ORDER

Considering the unopposed motion for extension of time to file responsive pleadings filed by ACE American Insurance Company (Dkt. No. 31), the Court finds the motion is well-taken and should be granted.

Therefore, ACE American Insurance Company is granted up to and including May 6, 2022, to file its reply to Rippy Oil's response in opposition to defendant's motion to dismiss, or in the alternative, transfer or stay.

It is so ORDERED.

SIGNED on May 18, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge