UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RIPPY OIL CO, § § Plaintiff, § § VS. § AIG SPECIALTY INSURANCE COMPANY, § *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:22-CV-00276 |

## ORDER

Considering the Unopposed motion for leave to file reply memorandum in excess of page limit filed by AIG Specialty Insurance Company and Risk Specialists Companies Insurance Agency, Inc. (Dkt. No. 30);

It is hereby **ORDERED** that the unopposed motion for leave to file reply memorandum in excess of page limit filed by AIG Specialty Insurance Company and Risk Specialists Companies Insurance Agency, Inc.be and is hereby **GRANTED**.

It is so **ORDERED**.

SIGNED on May 18, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge