Case 4:22-cv-00276   Document 37   Filed on 05/19/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIPPY OIL CO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-00276 |
| | § | |
| AIG SPECIALTY INSURANCE | § | |
| COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Upon considering the plaintiff, Rippy Oil Company's, unopposed motion for extension of time to file response to the defendants' motion to dismiss, or in the alternative, to transfer or stay (Dkt. No. 4) and joinder in same (Dkt. No. 8), the Court finds the motion is well taken and should be granted (Dkt. No. 22).

Therefore, the plaintiff is granted up to and including March 23, 2022, to file its response to the motion to dismiss, or in the alternative, to transfer or stay (Dkt. No. 4) and joinder in same (Doc. 8).

It is so ORDERED.

SIGNED on May 19, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge