UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIPPY OIL CO, | § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. 4:22-CV-00276 |
| AIG SPECIALTY INSURANCE COMPANY, *et al.*, | | |
| Defendants. | | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON May 26, 2022 at 8:45 AM**

Appearances: Waived

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | Completed |
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | September 1, 2022 |
| Report furnished by: | September 1, 2022 |
| Defendant's experts to be designated by: | October 1, 2022 |
| Report furnished by: | October 1, 2022 |
| Discovery to be completed by: | December 2, 2022 |
| Dispositive motions due by: | January 20, 2023 |
| Docket call to be held at 11:30 AM on: | April 3, 2023 |
| Estimated trial time: TBD | Jury Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on May 26, 2022 at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge